## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GWENDOLYN GIBSON         :    CIVIL ACTION

       Plaintiff             :

       v.                 :

HOME DEPOT USA INC.      :    NO. 06-CV-2332

       Defendant        :

## DEMAND FOR JURY TRIAL

Defendant, Home Depot U.S.A., Inc. (misnamed above, Home Depot USA Inc.), by and through its undersigned counsel, pursuant to Fed. R. Civ. Pro. 38, hereby demands a trial by jury of twelve (12) members plus two (2) alternates in connection with the above-captioned matter.

               THE CHARTWELL LAW OFFICES, LLP

Dated: 6/5/06         BY: _____

                   KENNETH M. DUBROW, ESQUIRE,
                   Identification No. 34665
                   The Bell Atlantic Building
                   1717 Arch Street, Suite 2920
                   Philadelphia, PA 19103
                   (215) 972-7006

                   Attorney for Defendant,
                   Home Depot U.S.A., Inc.

Validation signature code: KMD4039

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GWENDOLYN GIBSON | : | |
| | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | NO.  06-CV-2332 |
| HOME DEPOT USA INC. | : | |
| | : | |
| Defendant | : | |

### CERTIFICATE OF SERVICE

I hereby certify that on the date written below, I, the undersigned, served a copy

of Defendant's Demand for Jury Trial  upon the following, by mailing a copy of same,

postage prepaid, first class mail, addressed as follows:

Bruce W. Miller, Esquire
Silver, Miller & DeVirgilis
1707 Rittenhouse Square
Philadelphia, PA 19103

THE CHARTWELL LAW OFFICES, LLP

Dated: 6/5/06

BY: _____
KENNETH M. DUBROW, ESQUIRE
Attorney for Defendant,
Home Depot U.S.A., Inc.

R:\1093\Gibson\jury demand.doc